81,144-01,02

Roy Lee Beck
 TDCJ # 1818374
 Ramsey I unit
 1100 FM 655
 Rosharon, Tx. 77583
        02/18/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

MR. Abel Acosta
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

                    RE: Amended Supplemental Memorandum

Dear Sir,
    I am writing you in regards to me not having
received a response from your office notifying me
that my Amended Supplemental Memorandum has
been received. I mailed it on or about August 6, 2014
To this date nothing has come as an indication of it
being received from your office.
    ~~Previously~~ ~~I~~ ~~mailed~~ a writ of Habeas Corpus in
Support writs 81,144-01 and 81,144-02 in the Cause
# 1352182-A in support of the five gone mention.
    Furthermore, I would like to know the status of my
cause # 1352182 and has your office received my
Supplemental writ?
    Sir, Please note that I'm thanking you in advance
for your time and consideration concerning these urgent
matters

        Sincerely
        Roy Lee Beck